IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| HUGHES SYSTIQUE CORPORATION ) <br> 15245 Shady Grove Road, Suite 330 ) <br> Rockville, MD 20850 ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> HSC.COM ) <br>  ) <br> Defendant. ) | Civil Action No. |

**[Proposed] ORDER GRANTING PRELIMINARY INJUNCTION**

This matter came before the Court on the motion of Plaintiff Hughes Systique Corporation ("HSC") for preliminary injunctive relief returning the domain name <hsc.com> to HSC's possession and control. The Court has considered HSC's motion and the accompanying affidavit.

The Court finds that (1) HSC is likely to succeed on the merits of its claim, (2) HSC is likely to suffer irreparable harm in the absence of preliminary relief, (3) that the balance of equities tips in the favor of HSC, and (4) that an injunction is in the public interest.

NOW, THERFORE, it is hereby ordered:

1. VeriSign Global Registry Services ("VeriSign") is hereby directed to change the registrar of the <hsc.com> domain name to a registrar of HSC's choosing and thereafter permit the domain name to be registered in HSC's name, until further order from this Court;

2. Pursuant to 15 U.S.C. §1125(d)(2)(A)(i)(II)(aa), HSC shall publish notice of this action in the Washington Post;

3. A bond in the amount of $500 shall be posted.

DC-9666756 v1

Date:  December 27, 2012                              _____

                                              UNITED STATES DISTRICT COURT JUDGE