IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
MAR 15 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

HUGHES SYSTIQUE CORPORATION, )
    Plaintiff, )
     )
v. )   Civil Action No. 1:12cv1498
     )
HSC.COM, )
    Defendant. )

### JUDGMENT ORDER

Upon consideration of the February 25, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the February 25, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff Hughes Systique Corporation and against defendant <hsc.com>.

It is further **ORDERED** that numbered paragraph 1 of the Preliminary Injunction Order previously entered in this matter on January 3, 2013 is hereby **ADOPTED** and **CONFIRMED** as a final order in this case.[1]

---

[1] That paragraph provides, in its entirety, as follows:

> 1. VeriSign Global Registry Services ("VeriSign") is **HEREBY DIRECTED** to change the registrar of the <hsc.com> domain name back to GoDaddy, Inc. to restore the status quo prior to the apparent hijacking of the domain name, and thereafter permit the domain name to be again registered in HSC's name, until further order from this Court[.]

*Hughes Systique Corporation v. HSC.com*, 1:12cv1498 (E.D. Va. Jan. 3, 2013) (Order Granting Preliminary Injunction).

It is further **ORDERED** that the preliminary injunction bond of $500.00 previously deposited with the Court on January 11, 2013 be **RETURNED** promptly to plaintiff.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Order to VeriSign, Inc., the Magistrate Judge, all counsel of record, and to the various postal and email addresses set forth on pages 16-17 of the Report and Recommendation.

Alexandria, VA
March 15, 2013

/s/
T. S. Ellis, III
United States District Judge